IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ORLANDO KELTY, | : | CIVIL ACTION |
| Petitioner, | : | |
| | : | |
| v. | : | |
| | : | |
| WARDEN, MS. BRYANT, et al., | : | |
| Respondents. | : | No.  15-1561 |

## ORDER

JOSEPH F. LEESON, JR., J.

      AND NOW, this __12th__ day of __January__, 2016, upon careful and independent consideration of the petition for Writ of *Habeas Corpus*, and after review of the Report and Recommendation of United States Chief Magistrate Judge Linda K. Caracappa, IT IS ORDERED that:

    i.    The Report and Recommendation is APPROVED and ADOPTED.

    ii.    The petition for Writ of *Habeas Corpus* is DISMISSED.  Petitioner's speedy trial claim is dismissed without prejudice for failure to exhaust. Petitioner's remaining claims are dismissed with prejudice.

    iii.    There is no probable cause to issue a certificate of appealability.

    iv.    The Clerk of the Court shall mark this case closed for statistical purposes.

BY THE COURT:

_____
JOSEPH F. LEESON, JR., J.